

# NUMBER 13-25-00268-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARTIE GARCIA-VELA AND
DANIEL GARCIA,                                              Appellants,

v.

BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT,                                            Appellee.

## ON APPEAL FROM THE 357TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

The cause is before the Court on appellants' opposed motion for extension of time
to file the brief and appellants' failure to cure a defective notice of appeal or otherwise
respond to notices from the clerk requiring a response or other action.

On May 13, 2025, appellants filed a notice of appeal attempting to appeal a judgment or order entered in trial court cause number 2019-DCL-03150. On June 13, 2025, the Clerk of the Court notified appellants that it appears there is no final, appealable order. Appellants were further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). On July 21, 2025, after review of the supplement clerk's record, the Clerk of the Court again notified appellants that it appears there is no final, appealable order. Appellants were further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

Appellants have not cured the defective notice of appeal, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c). Furthermore, appellants' opposed motion for extension of time to file the brief is denied as moot.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
14th day of August, 2025.